UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GUO HUA KE; HECTOR ENRIQUE ESTRADA
GONZALES; WEN JIAN HE; JI LIN; SAU LAN NG;
AHR KION TIN; and YOKE ENG TIN;

                       Plaintiffs,
     -vs-

JOHN MORTON, Director of Immigration and
Customs Enforcement ("ICE"); JAMES CHAPARRO,
Executive Associate Director of ICE Office of
Enforcement and Removal Operations ("ERO");
CHRISTOPHER SHANAHAN, field office director for
ICE ERO in New York; JAMES DINKINS, Executive
Associate Director, ICE Office of Homeland Security
Investigations ("HSI"); T. HAYES JR.,
special agent-in-charge of ICE HSI in New York;
THOMAS F. FARRELL, Assistant Inspector General for
U.S. Department of Labor Office of the Inspector
General, Office of Labor Racketeering and Fraud
Investigations ("DOL"); PATRICK HEEREY,
Case Officer for ICE ERO in New York;
JOHN DOE & JANE ROE ICE AGENTS 1-20; and
JOHN DOE & JANE ROE INTERPRETERS 1 & 2;

                       Defendants.
------------------------------------------------------------------X

CASE NO 10cv8671(PGG)

**AMENDED
COMPLAINT**

**JURY TRIAL
DEMANDED**

## PRELIMINARY STATEMENT

1.    This is a civil rights action against Defendants PATRICK HEEREY, JOHN DOE

& JANE ROE ICE AGENTS 1-20, and JOHN DOE & JANE ROE INTERPRETERS 1 & 2 for

raiding plaintiffs' home in the early morning of September 8, 2010 in violation of plaintiffs'

rights secured by 42 U.S.C. § 1983, 42 U.S.C. § 1985, 28 U.S.C. §1346(b), Commerce Clause,

*Miranda* rights, the Fourth, Fifth and Fourteenth Amendments to the United States Constitution,

and those same rights protected by the Constitution of New York.

2.    This is a civil rights action against Defendants JOHN MORTON, JAMES

CHAPARRO, CHRISTOPHER SHANAHAN, JAMES DINKINS, T. HAYES JR., and THOMAS F. FARRELL for directing or approving of the raid of plaintiffs' home in violation of plaintiffs' rights secured by 42 U.S.C. § 1983, 42 U.S.C. § 1985, 28 U.S.C. §1346(b), Commerce Clause, *Miranda* rights, the Fourth, Fifth and Fourteenth Amendments to the United States Constitution, and those same rights protected by the Constitution of New York.

3.    Defendants raided the plaintiffs' home in Connecticut with no search warrants, did not obtain consent to enter the home, did not have probable cause to believe that all the residents had removal orders or were illegal, arrested them, and interrogated them.

4.    Defendants interrogated plaintiffs to collect evidence in order to initiate the criminal action 10-cr-00887(PGG) in the Southern District of New York against Plaintiff Ke for allegedly harboring illegal aliens.  Defendants sought much press coverage and kudos for this criminal action.  Interestingly, defendants did not seek the same amount of media for the initial raid of the residence.  "While ICE is re-focusing efforts to develop criminal cases against employers who hire and use illegal workers, the administrative arrest of the illegal workforce under ICE's existing immigration authorities continues to be an integral aspect of the overall ICE worksite enforcement strategy."[1]

## JURISDICTION AND VENUE

5.    Jurisdiction is conferred upon this Court by 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(3) and (4) (civil rights jurisdiction).

6.    Plaintiffs' claim for declaratory and injunctive relief is authorized by 28 U.S.C. § 2201 and 2202 and Rule 57 of the Federal Rules of Civil Procedure.  Plaintiffs further invoke

---

[1] *See* Memorandum of Worksite Enforcement Strategy of Marcy M. Forman, Director Office of Investigations of ICE to Assistant Director, Deputy Assistant Directors, and Special Agents in Charge of ICE, dated April 30, 2009, attached herein as Ex. A.

this Court's pendent jurisdiction, pursuant to 28 U.S.C. § 1367(a), over any and all state law claims and as against all parties that are so related to claims in this action within the original jurisdiction of this Court that they form part of the same case or controversy.

7.      Plaintiffs demand a trial by jury on each and every one of their claims as pled herein.

8.      Venue is proper for the United States District Court for the Eastern District of New York pursuant to 29 U.S.C. § 621 et. Seq., and 28 U.S.C. §1391 (a), (b) and (c) because a substantial part of the acts or omissions giving rise to the claims herein occurred in the County of Queens, State of New York.

## PARTIES

### Plaintiffs

9.      Plaintiff **GUO HUA KE** is a plaintiff residing at 937 Danbury Road in Wilton, Connecticut, and of the Asian race and ethnicity.  Defendant ICE agents arrested and unlawfully detained Plaintiff Ke on September 8, 2010.

10.     Plaintiff **HECTOR ENRIQUE ESTRADA GONZALES** is a plaintiff residing at 937 Danbury Road in Wilton, Connecticut, and of the Latino race and ethnicity.  Defendant ICE agents arrested and unlawfully detained Plaintiff Gonzales on September 8, 2010.

11.     Plaintiff **WEN JIAN HE** is a plaintiff residing at 937 Danbury Road in Wilton, Connecticut, and of the Asian race and ethnicity.  Defendant ICE agents arrested and unlawfully detained Plaintiff He on September 8, 2010.

12.     Plaintiff **JI LIN** is a plaintiff residing at 937 Danbury Road in Wilton, Connecticut, and of the Asian race and ethnicity.  Defendant ICE agents arrested and unlawfully detained Plaintiff Lin on September 8, 2010.

13.     Plaintiff **SAU LAN NG** is a plaintiff residing at 937 Danbury Road in Wilton, Connecticut, and of the Asian race and ethnicity.  Defendant ICE agents arrested and unlawfully detained Plaintiff Ng on September 8, 2010.

14.     Plaintiff **AHR KION TIN** ("A. K. Tin") is a plaintiff residing at 937 Danbury Road in Wilton, Connecticut, and of the Asian race and ethnicity.  Defendant ICE agents arrested and unlawfully detained Plaintiff A. K. Tin on September 8, 2010.

15.     Plaintiff **YOKE ENG TIN**  ("Y. E. Tin") is a plaintiff residing at 937 Danbury Road in Wilton, Connecticut, and of the Asian race and ethnicity.  Defendant ICE agents arrested and unlawfully detained Plaintiff Y. E. Tin on September 8, 2010.

## Defendants

16.     Defendant **JOHN T. MORTON** is, and was at all relevant times, the Director of Immigration and Customs Enforcement ("ICE"), located in Washington, D.C.  Defendant Morton is charged with the constitutional and lawful implementation of the Immigration and Nationality Act, 8 U.S.C. §§ 1101, *et seq.*, and with the administration of ICE.  Mr. Morton is sued in his individual capacity.

17.     Defendant **JAMES CHAPARRO** is, and was at all relevant times, the Executive Associate Director of ICE Office of Enforcement and Removal Operations ("ERO"), located in Washington, D.C.  Defendant Chaparro is charged with the constitutional and lawful

implementation of the Immigration and Nationality Act, 8 U.S.C. §§ 1101, *et seq.*, and with the administration of ERO. Mr. Chaparro is sued in his individual capacity.

18. Defendant **CHRISTOPHER SHANAHAN** is, and was at all relevant times, the field office director for ICE ERO in New York. Defendant Shanahan is charged with the constitutional and lawful implementation of the Immigration and Nationality Act, 8 U.S.C. §§ 1101, *et seq.*, and with the administration of ICE ERO in New York. Mr. Shanahan is sued in his individual capacity.

19. Defendant **JAMES DINKINS** is, and was at all relevant times, the Executive Associate Director of the ICE Office of Homeland Security Investigations ("HSI"), located in Washington, D.C. Defendant Dinkins is charged with the constitutional and lawful implementation of the Immigration and Nationality Act, 8 U.S.C. §§ 1101, *et seq.*, and with the administration of ICE HSI. Mr. Dinkins is sued in his individual capacity.

20. **T. HAYES JR.** is, and was at all relevant times, the special agent-in-charge of ICE HSI in New York. Defendant Hayes is charged with the constitutional and lawful implementation of the Immigration and Nationality Act, 8 U.S.C. §§ 1101, *et seq.*, and with the administration of ICE HIS in New York. Mr. Hayes is sued in his individual capacity.

21. **THOMAS F. FARRELL** is, and was at all relevant times, the Assistant Inspector General for U.S. Department of Labor Office of the Inspector General, Office of Labor Racketeering and Fraud Investigations ("DOL"), located in Washington, D.C. Defendant Farrell is charged with the constitutional and lawful implementation of the Immigration and Nationality Act, 8 U.S.C. §§ 1101, *et seq.*, and with the administration of DOL, OIG, Office of Labor Racketeering and Fraud Investigations. Mr. Farrell is sued in his individual capacity.